UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BRENDA WEBB, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV421-178 |
| | ) | |
| DOLLAR TREE | ) | |
| STORES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant Dollar Tree Stores, Inc. ("Dollar Tree") has filed a motion to compel a response to a subpoena directed to Houston County Medical Center. *See generally* doc. 26. The subpoena directs Houston County Medical Center to produce documents at the offices of Dollar Tree's counsel in Atlanta, Georgia. Doc. 26-1 at 4. It is clear, therefore, that Dollar Tree's motion is not properly before this Court.

Courts have explained that, pursuant to the 2013 amendments to Rule 45, "a subpoena must be issued by the court where the underlying action is pending, but challenges to the subpoena area to be heard by the district court encompassing the place where compliance with the subpoena is required." *Woods ex rel. U.S. v. SouthernCare, Inc.*, 303

F.R.D. 405, 406 (N.D. Ala. 2014).  This Court has held that "a subpoena's place of compliance is the district where documents are to be produced." *See Collins v. Koch Foods, Inc.*, 2019 WL 2520308, at *2 (S.D. Ga. Jun. 18, 2019) (Hall, C.J.).  In this case, therefore, the "place of compliance" is Atlanta, Georgia, which lies in the Northern District.  *See* 28 U.S.C. § 90.  Since the subpoena's "place of compliance" lies outside of this District, the Court lacks jurisdiction over Dollar Tree's motion.  *See Collins*, 2019 WL 2520308, at *2 (concluding "this Court lacks jurisdiction to hear the motion to compel," where the compliance was required in the Northern District of Alabama).

    Accordingly, Dollar Tree's motion is **DENIED**.  Doc. 26.

    **SO ORDERED,** this 18th day of February, 2022.

                                              _____
                                              CHRISTOPHER L. RAY
                                              UNITED STATES MAGISTRATE JUDGE
                                              SOUTHERN DISTRICT OF GEORGIA